**John NICOLS and Josephine Goodman v. STATE.**
No. 15489.

Court of Criminal Appeals of Texas.
Jan. 25, 1933.

Lamar Bethea, of Bryan, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for the unlawful possession of intoxicating liquor for the purpose of sale; penalty assessed at confinement in the penitentiary for one year.

The appellants, John Nicols and Josephine Goodman, were each charged by indictment with the possession of intoxicating liquor for the purpose of sale. A plea of guilty was entered. Much evidence was presented by the state going to show the truth of the averments. An application for a suspended sentence was made and submitted to the jury. No legal questions are presented for review.

The judgment is affirmed.

■
**John W. POPEJOY v. STATE.**
No. 15600.

Court of Criminal Appeals of Texas.
Feb. 1, 1933.

Lackey & Lackey, of Stinnett, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for the unlawful possession of intoxicating liquor for the purpose of sale; penalty assessed at confinement in the penitentiary for two years.

It has been made known to this court by proper affidavit that the appellant died on January 15, 1933, by reason of which the appeal is abated.

■
**Roy SMITH v. STATE.**
No. 15573.

Court of Criminal Appeals of Texas.
Feb. 1, 1933.

E. T. Chandler, of Stephenville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, Judge.

The offense, child desertion; the punishment, one year in the penitentiary.

The record is before us without a statement of facts or bills of exception. No defect either in the indictment or procedure has been pointed out or has been perceived. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.